UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-268-T-17AEP

ALEXANDER CAMARGO
    a/k/a "Alonso Amaya"

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assets:

- a. HP laptop mini 110 computer, serial number CNU9442Q5T;
- b. Sony Bravia 40" TV, serial number 1810638 with remote;
- c. Sharp 20" TV, serial number 611957720;
- d. credit card reader, serial number c001901;
- e. Cannon powershot camera, serial number 042081024341;
- f. PS3 game console, serial number CG322099997;
- g. RF modulator, serial number 0410;
- h. a manual embosser;
- i. Hitachi 160G hard drive, serial number 1021Z1ZCWZ00GB8;
- j. all video game system accessories, including controllers and cords, seized from the Extended Stay America Hotel room on or about August 4, 2010;

k. all credit cards, reloadable cards, gift cards, and debit cards seized from the Extended Stay America Hotel room on or about August 4, 2010; and

l. all CD's, DVD's, and video games seized from the Extended Stay America Hotel room on or about August 4, 2010.

Being fully advised in the premises, the Court finds that on February 10, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Camargo in the identified assets. Doc. 76.

The Court further finds that the forfeiture of the identified assets was included in the Judgment in a Criminal Case. Docs. 75 and 83.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the identified assets on the official government website, www.forfeiture.gov, from April 21, 2012 through May 20, 2012. Doc. 114. The publication gave notice to all third parties with a legal interest in the identified assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than the defendant

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

2

Camargo, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and co-defendant George Salgado is known to have an interest in the identified assets. Salgado signed a plea agreement in which he agreed to the forfeiture of the subject assets. Doc. 84 at 8. Salgado subsequently died. No third party has filed a petition or claimed an interest in the identified assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the identified assets is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the identified assets is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 25th day of June, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3